1  RICHARD K. GROSBOLL, Bar No. 99729
   BENJAMIN K LUNCH, Bar No. 246015
2  CHLOE QUAIL, Bar No. 262797
   NEYHART, ANDERSON, FLYNN & GROSBOLL
3  369 Pine Street, Suite 800
   San Francisco, CA  94104-6702
4  TEL:  (415) 677-9440
   FAX: (415) 677-9445
5  Email: cquail@neyhartlaw.com

6  Attorneys for Plaintiff

7                    UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9                        (San Jose Division)

10

11 ORANGE    COUNTY    ELECTRICAL)   CV-11-3198 EJD
   INDUSTRY   HEALTH   AND   WELFARE)
12 TRUST FUND; LOCAL UNION NO.  441 OF)
   THE   INTERNATIONAL   BROTHERHOOD)   [Proposed] CONTINGENT ORDER OF
13 OF    ELECTRICAL    WORKERS;   and)   DISMISSAL
   DOUGLAS  CHAPPELL,  as  Trustee  of  the)
14 above TRUST FUND,                    )
                                        )   Judge:      Hon.  Edward J. Davila
15 Plaintiffs,                          )   Location:   280 South 1st Street
                                        )               San Jose, CA 95113
16 vs.                                  )   Courtroom:  Courtroom 1- 5th Floor
                                        )
17 CHRISTOPHER  R.  MORALES,  INC.,  a)
   California corporation,              )
18             Defendant.               )
                                        )
19                                      )
                                        )
20                                      )
                                        )
21                                      )
                                        )
22 _____ )

23

24

25

26

27

28

                            1                          CV-11-3198 EJD
                                    [PROPOSED] CONTINGENT ORDER OF DISMISSAL

1   [PROPOSED] ORDER:

2        The parties hereto, having advised the Court that they have agreed to a settlement of this

3   action; IT IS HEREBY ORDERED that this action is dismissed without prejudice, provided,

4   however, that if any party hereto shall certify to this Court, with proof of service of copy thereon

5   on the Defendant or its counsel that the agreed consideration for the settlement has not been

6   delivered over, the foregoing Order shall vacated by this Court and this action shall forthwith be

7   restored to the calendar.  Plaintiffs may then insert the appropriate amount owed seek Entry of

8   Judgment against Defendant for the remaining amounts owed.  Judgment will then be entered

9   forthwith.

10   The Order to Show Cause issued December 14, 2011, is DISCHARGED and the
     hearing scheduled for January 13, 2012, is VACATED.  The Clerk shall close this file.

11   IT IS SO ORDERED.

12
     Dated: ___January 9, 2012___          _____
13                                          U.S. District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CV-11-3198 EJD

**[PROPOSED] CONTINGENT ORDER OF DISMISSAL**